UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN WILLIAM KASSUBA,

    Petitioner,

v.

    Case No. 1:07-cv-484

    HONORABLE PAUL L. MALONEY

CAROL HOWES,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #26) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**

Date: March 25, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge