UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN WILLIAM KASSUBA,

    Petitioner,

Case No. 1:07-cv-484

v.

HONORABLE PAUL L. MALONEY

CAROL HOWES,

    Respondent.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: March 25, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge